UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANGELA DOZIER-CARTER,

          Plaintiff,

-against-

PUBLISHER'S CLEARINGHOUSE;
BANK ONE; D&M BOOKEEPING INC.,
O THE OPRAH MAGAZINE,

          Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2834 (JG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★    SEP 1 6 2008    ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2008, directing the Clerk of Court to enter judgment dismissing the complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order and judgment would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that judgment is hereby entered dismissing the complaint; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order and judgment would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       September 15, 2008
              16

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
    Chief Deputy